UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

June 12, 2000

MEMORANDUM TO COUNSEL RE:   MCI Telecommunications Corp. v.
T.A. Communications, et al.
Civil #L-90-3117

Dear Counsel:

I understand from Magistrate Judge Gauvey that the settlement conference was unsuccessful. Accordingly, pursuant to my Order dated September 8, 1999, the discovery deadline is now September 8, 2000.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File