IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | |
|---|---|
| MCI TELECOMMUNICATIONS CORPORATION<br><br>Plaintiff<br><br>v.<br><br>THEODORE ALLEN COMMUNICATIONS, INC., ET AL.<br><br>Defendants | Case No. L-90-3117 |

**ORDER**

Upon consideration of the parties' Joint Motion to Amend the Discovery Deadline it is this 14th day of Sept, 2000 ORDERED that the Motion is granted and the discovery deadline is extended to November 7, 2000.

_____
Benson E. Legg, Judge