UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 27, 2000

MEMORANDUM TO COUNSEL RE:    MCI Telecommunications Corp. v.
Theodore Allen Communications, Inc., et al.
Civil #L-90-3117

Dear Counsel:

The Court file reflects that the deadline for discovery was November 7, 2000. Accordingly, on or before December 8, 2000, counsel are to submit a joint status report.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file