IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

MCI TELECOMMUNICATIONS
CORPORATION

    Plaintiff

v.                                    Case No. L-90-3117

THEODORE ALLEN COMMUNICATIONS,
INC., *et al.*

    Defendants

## JOINT STATUS REPORT

The Plaintiff/Counter Defendant, WorldCom, Inc. (f/k/a MCI Telecommunications Corporation)("WorldCom"), and the Defendants/Counter Plaintiff, Theodore Allen Communications, Inc. ("TAC"), by and through respective counsel, hereby submit this Joint Status Report pursuant to this Court's Order of November 27, 2000.

**I.**     **Prior Scheduling Order.**

On April 22, 1999, this Court issued an order setting forth the following schedule:

Phase I discovery (factual discovery) shall conclude by July 31, 1999. Phase I discovery includes discovery on all issues arising out of WorldCom's claims against TAC and the remaining TAC claims against WorldCom as set forth in Counts V and VI of TAC's Counterclaim.

Phase II of the litigation shall include the filing of motions for summary judgment on the issues of TAC's Count VI, Fraudulent Inducement, and whether TAC's damages are limited by MCI's tariff and the Federal Communications Act of 1934.

*Approved. Discovery is extended to January 15, 2001. Motions are due by February 23, 2001.*

*1/24/01*

*Benson Legg*

Phase III discovery shall consist of discovery of expert witnesses on the issue of lost profits and other damages. Said discovery was to be completed within 90 days of the Court's rulings on the motions described in Phase II.

On September 8, 1999, this Court issued an order stating that Phase I discovery shall be suspended following the completion of depositions of Theodore Graham, Allen Samuel, Roya Talizadeh, Dennis Spencer and Craig Helgeson. Upon completion of said depositions, the case was to be directed to a United States Magistrate Judge for settlement conference for an initial 30-day period.

This case was assigned to Magistrate Judge Gauvey, who conducted a mediation on June 5, 2000. Unfortunately, the mediation did not result in a settlement. This Honorable Court reinstated discovery and set a November 7, 2000 cutoff date for Phase I discovery.

## II. **Current Status**.

Several outstanding discovery matters require completion. TAC desires to depose Craig Helgeson and Bill Marmon, two WorldCom employees. Due to scheduling constraints, these depositions have not yet taken place. After TAC deposes these individuals, it will provide answers to WorldCom's Supplemental Interrogatories. Additionally, WorldCom intends to complete the depositions of TAC's principals, Allen Samuel and Theodore Graham, when it has received TAC's Supplemental Interrogatory Answers. The parties respectfully request a brief extension up to and through January 15, 2001 for the completion of these tasks. Following the completion of discovery, the parties request that the 30-day period commence for the filing of motions reflected in the Court's earlier order. Once the Court rules on these motions, the parties request the reinstatement of the 90-day discovery period for expert witnesses.

Respectfully submitted,

*[signature]*

Gerard J. Emig (Bar No. 05904)
Gleason, Flynn, Emig & Fogleman, Chartered
451 Hungerford Drive, Suite 600
Rockville, MD 20850
(301) 294-2110
Attorneys for Theodore Allen
Communications

*[signature: Robin K. Bohnenstengel]*

James D. Mathias (bar No. 06311)
Stacie E. Tobin (Bar No. 11331)
Robin K. Bohnenstengel (Bar No. 25221)
Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-3000
Attorneys for Defendant WorldCom, Inc.

*[handwritten annotation: "personal to telephone authority granted as 12/8/00 at 9:40 a.m."]*

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 27, 2000

MEMORANDUM TO COUNSEL RE:   MCI Telecommunications Corp. v.
Theodore Allen Communications, Inc., et al.
Civil #L-90-3117

Dear Counsel:

The Court file reflects that the deadline for discovery was November 7, 2000. Accordingly, on or before December 8, 2000, counsel are to submit a joint status report.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

v

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

2000 SEP -8  A 11: 28

| | |
|---|---|
| MCI TELECOMMUNICATIONS CORPORATION<br><br>Plaintiff<br><br>v.<br><br>THEODORE ALLEN COMMUNICATIONS, INC., ET AL.<br><br>Defendants | Case No. L-90-3117 |

## JOINT MOTION TO EXTEND DISCOVERY

Plaintiff MCI Telecommunications Corporation (now known as "WorldCom") and Defendants Theodore Allen Communications, Allen Samuel and Theodore Graham (collectively referred to as "Defendants") move jointly to extend the discovery deadline by sixty days, from September 8, 2000 to November 7, 2000. No trial date has been set for this matter.

A proposed order is attached.

_/s/ signature_
James D. Mathias (Bar No. 06311)
Stacie E. Tobin (Bar No. 11331)
Robin K. Bohnenstengel (Bar No. 25221)

Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore, Maryland 21209

Phone: (410) 580-3000
Facsimile: (410) 580-3001

Attorneys for the Plaintiff/Counter-Defendant WorldCom, Inc.

_/s/ Gerard Emig/887_
Gerard J. Emig (Bar No. 05904)

Gleason, Flynn & Emig, Chartered
451 Hungerford Drive, Suite 600
Rockville, Maryland 20850

Phone: (301) 294-2110
Facsimile: (301) 294-0737

Attorneys for Defendant/Counter-Plaintiff Theodore Allen Communications, Inc.

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | |
|---|---|
| MCI TELECOMMUNICATIONS CORPORATION<br><br>Plaintiff<br><br>v.<br><br>THEODORE ALLEN COMMUNICATIONS, INC., ET AL.<br><br>Defendants | Case No. L-90-3117 |

### ORDER

Upon consideration of the parties' Joint Motion to Amend the Discovery Deadline it is this /4/74 day of Sep/, 2000 ORDERED that the Motion is granted and the discovery deadline is extended to November 7, 2000.

_____
Benson E. Legg, Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

June 12, 2000

MEMORANDUM TO COUNSEL RE:   MCI Telecommunications Corp. v.
T.A. Communications, et al.
Civil #L-90-3117

Dear Counsel:

I understand from Magistrate Judge Gauvey that the settlement conference was unsuccessful. Accordingly, pursuant to my Order dated September 8, 1999, the discovery deadline is now September 8, 2000.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File