LAW OFFICES

# GLEASON, FLYNN, EMIG & FOGLEMAN

CHARTERED

| | | |
|---|---|---|
| James P. Gleason, Jr. †* | 451 HUNGERFORD DRIVE | James P. Gleason, Sr. (Ret) †* |
| Michael F. Flynn, Jr. †* | | |
| Gerard J. Emig †* | SUITE 600 | |
| Christopher C. Fogleman †*§ | | |
| | ROCKVILLE, MD 20850 | † MD Bar |
| Byron J. Mitchell †*§ | | * DC Bar |
| Shelley L. Bagoly ‡* | (301) 294-2110 | § VA Bar |
| Thomas K. McCraw, Jr. †* | | |
| Larry D. McAfee †* | email: Tmccraw@gleason-law.com | FAX No. (301) 294-0737 |
| Erin J. Ashbarry † | | |

March 7, 2001

Clerk of the Court
Civil Division
U.S. District Court for the
 District of Maryland
U. S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:   *MCI Telecommunications Corporation v.*
           *Theodore Allen Communications, Inc., et al.*
           Case No. L-90-3117

Dear Clerk:

    Defendants herein filed a motion for summary judgment on February 23, 2001. Plaintiff filed its own motion for summary judgment on the same day. In preparing defendants' opposition to plaintiff's motion, undersigned counsel realized that the parties had inadvertently failed to comply with Rule 105(c) of the Rules of the United States District Court for the District of Maryland. That rule requires one party to file its motion first, then the other party to file its cross-motion along with a single memorandum in support thereof and in opposition to the first motion.

    In order to bring the parties into compliance with Rule 105(c), defendants hereby withdraw their motion for summary judgment of February 23, 2001, and submit herewith their own cross-motion for summary judgment and a memorandum in support thereof and in opposition to plaintiff's motion. Plaintiff's counsel has indicated her agreement with this course of action.

APPROVED THIS 9TH DAY OF March, 2001

_____
BENSON EVERETT LEGG, U.S.D.J.

Thank you for your consideration of this matter.

> Yours very truly,
>
> GLEASON, FLYNN, EMIG,
> & FOGLEMAN, CHARTERED
>
> *[signature]*
> Gerard J. Emig

Enclosure
cc:   The Hon. Benson E. Legg
      Stacie Tobin, Esq.