IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MCI TELECOMMUNICATIONS  :
CORPORATION             :
                        :
v.                      :  CIVIL NO. L-90-3117
                        :
THEODORE ALLEN          :
COMMUNICATIONS, INC.    :

## ORDER

For the reasons stated in the Court's Memorandum of even date, the Court hereby ORDERS that:

(i) Plaintiff's Motion for Summary Judgment is GRANTED as to all issues except interest, costs, and attorney's fees;

(ii) Defendants' Cross-motion for Summary Judgment is DENIED; and

(iii) the Clerk is not directed to close the case at this time because the issue of interest, costs, and attorney's fees remains unbriefed. If either side is pressing for interest or attorney's fees, then they must brief the issue by October 8, 2001.

IT IS SO ORDERED this 25TH day of September, 2001.

Benson Everett Legg
United States District Judge