IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Baltimore Division

MCI TELECOMMUNICATIONS
CORPORATION

      Plaintiff

v.          Case No. L-90-3117

THEODORE ALLEN COMMUNICATIONS,
INC., *et al.*

      Defendants

## JOINT STATUS REPORT

The parties, by and through their counsel, pursuant to this Honorable Court's order of September 25, 2001, hereby submit their joint status report regarding the above-captioned proceedings.

This Honorable Court invited the parties to submit briefs regarding the issues of attorneys' fees, costs and interest by October 8, 2001. Order of September 25, 2001, at 13. As that date was a court holiday in observance of Columbus Day, the parties submit this joint status report as timely.

In lieu of submitting briefs on the aforementioned issues, the parties respectfully request that this Honorable Court defer the deadline for receipt of such briefs to a later date for the following reasons:

First, the parties are currently engaged in good faith settlement negotiations to conclude these proceedings without further litigation. It is the parties' hope that such negotiations will indeed lead to resolution of the disputes underlying these proceedings, which would obviate the need for briefs on the remaining issues.

Second, on or about October 5, 2001, defendants herein filed a motion for reconsideration of this Honorable Court's order of September 25, 2001. Pursuant to Local Rule 105.2(a), plaintiff MCI

Telecommunications, Inc., is entitled to fourteen days in which to respond to such motion, plus an additional three days pursuant to Fed.R.Civ.P. 6(e), as service of such motion was effected by mail. As such, plaintiff's opposition to defendants' motion is not due until October 22, 2001. Following service of such opposition, defendants are entitled to eleven days in which to file any reply to such opposition, plus an additional three days if service of such opposition is effected by mail. As such, the parties respectfully request that the deadline for briefs on the issues delineated by the Court be stayed until ten days following resolution by this Court of the issues addressed in the defendants' motion for reconsideration.

WHEREFORE, the parties respectfully request that this Honorable Court continue the deadline of October 8, 2001, as set forth in its order of September 25, 2001, until ten days following resolution by this Court of the issues addressed in the defendants' motion for reconsideration, as well as such further relief this Honorable Court deems proper.

Respectfully submitted,

| PIPER MARBURY RUDNICK & WOLFE, LLP | GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED |
|---|---|
| _/s/ James D. Mathias_  Signed by authority granted by telephone 10/9/01 | _/s/ Gerard J. Emig_ |
| James D. Mathias, Bar No. 06311  Stacie E. Tobin, Bar No. 11331  6225 Smith Avenue  Baltimore, Maryland 21209-3600  Tel: (410) 580-3000  Fax: (410) 580-3001 | Gerard J. Emig, Bar No. 05904  Thomas K. McCraw, Jr., Bar No. 14335  451 Hungerford Drive, Suite 600  Rockville, Maryland 20850  Tel: (301) 294-2110  Fax: (301) 294-0737 |
| Attorneys for Plaintiff/Counter-Defendant  MCI Telecommunications, Inc. | Attorneys for Defendants/Counter-Plaintiffs  Theodore Allen Communications, Inc.;  Theodore Graham; and Allen Samuel |

[X] Approved, but the opposition and the reply memorandum must be timely filed and not delayed by settlement talks. /s/ B. Legg October 12, 2001