IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Baltimore Division

MCI TELECOMMUNICATIONS CORPORATION

    Plaintiff

v.

THEODORE ALLEN COMMUNICATIONS, INC., *et al.*

    Defendants

Case No. L-90-3117

**DEFENDANTS' MOTION FOR A HEARING ON DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER OF SEPTEMBER 25, 2001, OR IN THE ALTERNATIVE, FOR CERTIFICATION OF SUCH ORDER PURSUANT TO 28 U.S.C. § 1292(b)**

Defendants, Theodore Allen Communications, Inc., Theodore Graham, and Allen Samuel (collectively, "TAC"), by and through their attorneys, Gerard J. Emig, Thomas K. McCraw, Jr., and Gleason, Flynn, Emig & Fogleman, Chartered, hereby respectfully request a hearing on the issues raised in their motion filed on or about October 5, 2001, for reconsideration of this Honorable Court's order of September 25, 2001, and as reasons therefor states as follows:

1. This case arises out of a course of dealing between MCI Telecommunications Corporation ("MCI") and TAC in 1989 and 1990 in which MCI offered discounted long distance telephone service to TAC as reseller of such service to end user customers. TAC met the volume requirements for such discount programs, but were denied the actual discounts by MCI. TAC shortly thereafter went out of business and was unable to pay MCI any monies allegedly owed. MCI initiated these proceedings shortly thereafter.

*Denied*

Benson Legg
USDJ
4/2/02