IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MCI TELECOMMUNICATIONS CORP. | : | |
| | : | |
| v. | : | CIVIL NO. L-90-3117 |
| | : | |
| THEODORE ALLEN COMMUNICATIONS, INC., et al. | : | |

## **ORDER**

By letter dated December 10, 2003, Plaintiff advised the Court that it had filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Southern District of New York. As a result, this case was automatically stayed. Accordingly, the Court hereby ADMINISTRATIVELY CLOSES this case, subject to reopening by motion of either party upon the bankruptcy court's determination that the remaining claims have survived the bankruptcy.

It is so ORDERED this 28th day of March, 2003.

/s/ Benson Everett Legg
Chief Judge