IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MCI TELECOMMUNICATIONS CORP. | : | |
| | : | |
| v. | : | CIVIL NO. L-90-3117 |
| | : | |
| THEODORE ALLEN COMMUNICATIONS, INC., et al. | : | |

**ORDER**

On December 2, 2002, Defendants filed a motion for attorneys' fees. By Order dated March 28, 2003, the Court administratively closed the instant case, subject to reopening by motion of either party upon the bankruptcy court's determination that the remaining claims have survived the bankruptcy. Accordingly, the Court hereby ADMINISTRATIVELY CLOSES the Motion for Attorneys' Fees (Docket No. 92). In the event that the underlying case is reopened, the Defendants may file a motion to reopen their motion for attorneys' fees.

It is so ORDERED this 24th day of July, 2003.

_____/s/_____
Benson Everett Legg
Chief Judge